IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN SMEDLEY, JR.,
    Plaintiff

v.

JEFFREY A. BEARD, ET AL.,
    Defendants

CIVIL NO. 3:CV-10-2266

(Judge Conaboy)

**ORDER**

AND NOW, THEREFORE, THIS 30th DAY OF MARCH, 2012, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss the Amended Complaint (Doc. 11) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** the case.

RICHARD P. CONABOY
United States District Judge

FILED
SCRANTON

MAR 30 2012

PER KM
DEPUTY CLERK

23