IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOHN SMEDLEY, JR., :
    Plaintiff :
 : 
v. :    CIVIL NO. 3:CV-10-2266
 :
 :    (Judge Conaboy)
JEFFREY A. BEARD, ET AL., :
    Defendants :

**ORDER**

AND NOW, THEREFORE, THIS 30 DAY OF MARCH, 2012, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. Defendants' motion to dismiss the Amended Complaint (Doc. 11) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** the case.

RICHARD P. CONABOY
United States District Judge

**FILED**
**SCRANTON**

MAR 30 2012

PER ___KM___
DEPUTY CLERK

23